IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:23-cr-3 |
| | ) | |
| ROBERT HURST | ) | |
|   a/k/a "Radio" | ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW comes the United States of America by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Arnold P. Bernard, Jr., Assistant United States Attorney for said District, and pursuant to Local Criminal Rule 32 of the Local Rules of this Court, respectfully represents as follows:

1. The Government received the Presentence Report for Robert Hurst, and subsequently conferred with United States Probation Officer, Danylle Ford, and Defense Counsel, Michael E. DeMatt, Esquire, regarding the contents of the Presentence Report.

2. Pursuant to the Sentencing Guidelines, the Government hereby gives notice it has adopted the findings of the Presentence Report.

    Respectfully submitted,

    TROY RIVETTI
    Acting United States Attorney
    PA ID No. 56816

    */s/ Arnold P. Bernard, Jr.*
    ARNOLD P. BERNARD, JR.
    Assistant U.S. Attorney
    PA ID No. 313734

## CERTIFICATION

I hereby certify that I have previously discussed the above matters with the probation officer and counsel for Defendant. The government has no objections and has adopted the findings of the Presentence Report.


Dated August 13, 2025

*s/ Arnold P. Bernard, Jr.*
ARNOLD P. BERNARD, JR.
Assistant U.S. Attorney
PA ID No. 313734