IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HURST, | ) | 3:23-cr-3 |
| | ) | |
| Defendant. | ) | |

## MINUTE ENTRY

**Hearing Date: September 17, 2025**
**Time: 9:10AM-9:30AM**
**Type of Hearing or Conference: SENTENCING**
**Reporter: B. Loch**
**Deputy Clerk: J. Biggs**

| **Counsel for Government** | **Counsel for Defendant** |
|---|---|
| Jerome Moschetta | Matthew DeMatt |
| Christina Ferri, Probation Officer | |

### Summary of Proceedings

Sentencing hearing held. Oath administered to defendant. As to Count 1 of the superseding indictment: The Defendant is committed to the custody of the Bureau of Prisons for a term of 96 months. Upon release from imprisonment, the Defendant will be on supervised release for a term of 4 years. Special Assessment $100. Fine Waived. Defendant remanded to the custody of the United States Marshals.